# OFFICE OF
# CLERK OF COURT OF APPEALS



**Kate R. Morgan**
**Clerk, Kentucky Court of Appeals**

August 08, 2025

669 Chamberlin Ave., Ste. B
Frankfort, Kentucky 40601-9229

Telephone:
(502) 573-7920
FAX:
(502) 573-6795

## NO. 2022-CA-0693-DG

JOHN HURST                                                                    APPELLANT

ON REVIEW FROM NELSON CIRCUIT COURT
v.              HONORABLE C. DEREK REED, JUDGE
HONORABLE CHARLES C. SIMMS, III, JUDGE
ACTION NOS. 08-M-00634, 08-M-00635 AND 22-XX-00001

COMMONWEALTH OF KENTUCKY,                                    APPELLEE
EX REL. DIVISION OF
UNEMPLOYMENT INSURANCE

AND

## NO. 2022-CA-1273-DG

COMMONWEALTH OF KENTUCKY,                          CROSS-APPELLANT
EX REL. DIVISION OF
UNEMPLOYMENT INSURANCE

ON CROSS-REVIEW FROM NELSON CIRCUIT COURT
v.              HONORABLE CHARLES C. SIMMS, III, JUDGE
ACTION NO. 22-XX-00001

JOHN HURST                                                              CROSS-APPELLEE

# RECEIPT NOTICE

The document listed below has been filed in the Court of Appeals:
OPINION AFFIRMING APPEAL NO. 2022-CA-0693-DG AND REVERSING AND REMANDING CROSS-APPEAL NO. 2022-CA-1273-DG BY JUDGE L. JONES

Filing Date:                             08/08/2025
Filing Attorney:                         [FilingAttorney]


Other Information:                       [Comments]

Sincerely,

*Kate R. Morgan*

Kate R. Morgan
Clerk, Kentucky Court of Appeals